TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Brian Weinberger,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Weinberger, | Case No.: 2:15-cv-01665-GMS |
| Plaintiff, | Hon. G. Murray Snow |
| vs. | |
| Trans Union, LLC, a Delaware limited liability company; and Payment Solutions, Inc., d/b/a Card Gard, a California corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendant Trans Union, LLC, (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 5th day of October, 2015

1

PHILIP R. WOOTEN, PC


  */s/ Philip R. Wooten*
Philip R. Wooten
*Attorney for Defendant Trans Union, LLC*


KENT LAW OFFICES


By:  */s/  Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*


### **CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:


Philip R. Wooten, AZ State Bar No. 007006
PHILIP R. WOOTEN, PC
3413 E. Equestrian Tr.
Phoenix, Arizona 85044-3403
philip.wooten@azbar.org
*Attorney for Defendant Trans Union, LLC*


/s/  Amber Gingiloski